[No. 24796-8-II.   Division Two.   April 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN LOPEZ-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01216-1, Thomas Felnagle, J., entered May 27, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25411-5-II.   Division Two.   April 13, 2001.]

LAWERENCE R. HOUGH, ET AL., *Respondents*, v. ROBIN S. BALLARD, ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 31, 2001. Substitute opinion filed. Now published at 108 Wn. App. 272.

[No. 25419-1-II.   Division Two.   April 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM EDWARD TEWALT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00840-2, Don L. McCulloch, J., entered December 9, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.

[No. 25468-9-II.   Division Two.   April 13, 2001.]

KK & LL CORPORATION, ET AL., *Appellants*, v. ALAMO GROUP (WA), INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-2-01431-2, Don L. McCulloch, J., entered December 6, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Morgan, J.